IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**GREGORY EARL BLOUNT**     **PETITIONER**

v.     No. 3:23CV482-MPM-RP

**STATE OF MISSISSIPPI, ET AL.**     **RESPONDENTS**

### ORDER OF DISMISSAL

The court takes up, *sua sponte*, the dismissal of this cause. On May 1, 2024, the court entered an order requiring the petitioner to pay the filing fee or submit a motion to proceed as a pauper within 21 days. The court cautioned the petitioner that failure to comply with the order would result in the dismissal of this case without prejudice. Despite this warning, the petitioner has failed to comply with the court's order, and the deadline for compliance passed on May 22, 2024. This case is therefore **DISMISSED** without prejudice for failure to prosecute and for failure to comply with an order of the court under FED. R. CIV. P. 41(b).

    **SO ORDERED**, this, the 18th day of June, 2024.

    /s/ Michael P. Mills
    UNITED STATES DISTRICT JUDGE
    NORTHERN DISTRICT OF MISSISSIPPI